# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

TOMMY SMITH, JR.,
       Plaintiff

     v.                                       CASE NUMBER: 04-C-114

MICHAEL GROGAN,
       Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that defendant Grogan's motion for summary judgment (Docket # 111) is **granted**.

     **IT IS FURTHER ORDERED** that the plaintiff's motion for reconsideration (Docket # 106) is **denied.**

     **IT IS FURTHER ORDERED** that this action is **dismissed.**

| | |
|---|---|
| December 14, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |